Argued February 24, affirmed March 13, 1978

STATE OF OREGON, *Respondent,*
*v.*
DARVEL WAYNE ROGERS, *Appellant.*
(No. 76-21228-T, CA 9312)
575 P2d 683

Joel B. Reeder, P.C., Medford, argued the cause and filed the brief for appellant.

Carol J. Molchior, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. *State v. Torrey,* 32 Or App 439, 574 P2d 1138 (1978).